C. Jeffrey Novel (State Bar No. 24037198)
Andrew D. Robertson (State Bar No. 24090845)
Jamie R. Wilson (State Bar No. 24098623)
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Email: jnovel@krcl.com; drobertson@krcl.com; jwilson@krcl.com
*Attorneys for Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARKERVILLE, LP, et al., | § | Case No. 25-44890-MXM-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| DEVELOP 3 GROUP, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | Adv. Proc. No. 25-04157-mxm |
| | § | |
| v. | § | |
| | § | |
| CEASONS HOLDINGS, LLC and JOHN D. DAVENPORT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF**
**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR RECONSIDERATION OF ORDER DENYING <u>RULE 56(d) MOTION FOR CONTINUANCE OF SUMMARY JUDGMENT HEARING</u>**

Defendants Ceasons Holdings, LLC ("Ceasons") and John D. Davenport ("Davenport") (collectively, "Defendants") file this Appendix and submits the following exhibits in support of *Defendants' Response in Opposition to Plaintiffs' Amended Motion for Reconsideration of Order*

*Denying Rule 56(d) Motion for Continuance of Summary Judgment Hearing* [Adv. Doc. 85] (the "Response"):

| | | |
|---|---|---|
| **Ex. A:** | Hearing Transcript for October 15, 2026 | App. 1-63 |

Defendants incorporate the attached exhibits into the Response and Brief as if the same were fully set forth therein.

DATED: November 6, 2026

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ C. Jeffrey Novel*

**C. Jeffrey Novel**
State Bar No. 24037198
jnovel@krcl.com
**Andrew D. Robertson**
State Bar No. 24090845
drobertson@krcl.com
**Jamie R. Wilson**
State Bar No. 24098623
jwilson@krcl.com
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 6, 2026, a true and correct copy of the foregoing Response was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this adversary proceeding, including James P. Moon, counsel for Plaintiffs, and Joyce W. Lindauer, counsel for the Debtors.

*/s/ C. Jeffrey Novel*
C. Jeffrey Novel