**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARKERVILLE, LP, et al., | § | Case No. 25-44890-MXM-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| DEVELOP 3 GROUP, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | Adv. Proc. No. 25-04157-MXM |
| | § | |
| v. | § | |
| | § | |
| CEASONS HOLDINGS, LLC and JOHN D. DAVENPORT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS UNDER THE COURT'S INHERENT POWER AND 11 U.S.C. § 105(a), AND BRIEF IN SUPPORT**

[Relates to Adv. Docs. 46, 58, 75, 76, 77, 79, 83, 84, and 85]

Defendants Ceasons Holdings, LLC and John D. Davenport file this Appendix in support of their Motion for Sanctions and Brief in Support under Local Bankruptcy Rule 7007-1(g). The Appendix is paginated consecutively in the lower right corner of each page as "App." followed by the page number. The Motion cites the exhibits by letter; this index gives the Appendix pages for each.

**INDEX**


| **Exhibit** | **Description** | **App. pages** |
|---|---|---|
| A | Affidavit of C. Jeffrey Novel in support of the Motion (attorneys' fees), with Exhibit A-1 (schedule of time entries) and Exhibit A-2 (redacted billing record) | App. 003 – App. 026 |
| B | Chart of statements in Plaintiffs' 56(d) Motion, Declaration of Counsel, hearing argument, and Reconsideration Motions that the record contradicts, with citations | App. 027 – App. 029 |

| | | |
|---|---|---|
| C | Transcript of the October 15, 2026 hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Amended Motion to Continue | App. 030 – App. 090 |
| D | June 25, 2026, 10:58 a.m. email from James P. Moon cancelling the June 29–30 depositions (native printout) | App. 091 – App. 095 |

DATED: November 6, 2026

Respectfully submitted,
**KANE RUSSELL COLEMAN LOGAN PC**
By: /s/ C. Jeffrey Novel
C. Jeffrey Novel (State Bar No. 24037198)
Andrew D. Robertson (State Bar No. 24090845)
Jamie R. Wilson (State Bar No. 24098623)
901 Main Street, Suite 5200, Dallas, Texas 75202
(214) 777-4200 | jnovel@krcl.com;
drobertson@krcl.com; jwilson@krcl.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, this Appendix was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this adversary proceeding, including counsel for Plaintiffs and for the Debtors.

/s/ C. Jeffrey Novel
C. Jeffrey Novel