# EXHIBIT A

Affidavit of C. Jeffrey Novel in Support of Defendants' Motion for Sanctions and Brief in Support

*Develop 3 Group, LLC, et al. v. Ceasons Holdings, LLC, et al., Adv. No. 25-04157-mxm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARKERVILLE, LP, et al., | § | Case No. 25-44890-MXM-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| DEVELOP 3 GROUP, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | Adv. Proc. No. 25-04157-MXM |
| | § | |
| v. | § | |
| | § | |
| CEASONS HOLDINGS, LLC and JOHN D. DAVENPORT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AFFIDAVIT OF C. JEFFREY NOVEL**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

1. "My name is C. Jeffrey Novel. I am the lead attorney for Defendants Ceasons Holdings, LLC ("Ceasons") and John D. Davenport (together, "Defendants") in the above-styled and numbered adversary proceeding and I am authorized to make this affidavit on Defendants' behalf. I am over 21 years of age and I am fully competent in all respects to make this affidavit. I have never been convicted of a felony or crime of moral turpitude. All statements herein are true and correct and within my personal knowledge.

2. I have been a licensed attorney in the State of Texas since 2002 and have been engaged in the practice of law continuously since that time. I am a member in good standing with the State Bar of Texas and am admitted to practice before the United States District Court for the Northern

District of Texas. I am a Director at the firm of Kane Russell Coleman Logan PC, located at 901 Main Street, Suite 5200, Dallas, Texas 75202 (the "Firm"). I have over twenty (20) years of experience in commercial litigation matters, including disputes involving financial institutions and real estate, and am familiar with the types of claims at issue in this case. I practice law in numerous courts in Texas, including this Court, and I am familiar with the reasonable range of attorneys' fees customarily charged in the Dallas–Ft. Worth area and in the Northern District of Texas for matters involving the types of claims that are asserted in this proceeding.

3. Defendants retained the Firm and me in connection with this matter in September 2025. My hourly rate for working on this matter is $595 per hour. This case is being handled by the Firm on a straight time basis. As such, each attorney and paralegal is required to keep accurate records as to their hours worked and all expenses incurred in connection with this matter. I am familiar with the average, customary and reasonable hourly rates charged by attorneys with my experience and expertise in the Northern District of Texas. I have reviewed and am familiar with all pleadings and correspondence exchanged between the parties to this matter. I have also reviewed the Firm's billing records reflecting the attorneys' fees incurred by Defendants in this matter. The rates of the attorneys who performed the work described in this affidavit range from $550 per hour to $595 per hour. Such rates are reasonable and within the customary range of rates for work of this type in the Northern District of Texas.

4. Andrew D. Robertson, a Director with the Firm, assisted me in this matter and argued Defendants' opposition to the 56(d) Motion described below. Mr. Robertson has been licensed to practice law in the State of Texas since 2015 and has been a federal law clerk or engaged in the practice of law continuously since that time. He is a member in good standing with the State Bar of Texas. Mr. Robertson has approximately eleven (11) years of experience with commercial

litigation and appellate matters and is familiar with the types of claims at issue in this case. His hourly rate for working on this matter is $550 per hour.

5. This affidavit concerns only the attorneys' fees Defendants incurred as a result of (a) Plaintiffs' Motion to Continue and Amended Motion to Continue the October 15, 2026 hearing on Defendants' Motion for Summary Judgment [Adv. Docs. 75, 76] and the Declaration of Counsel filed in support of them [Adv. Doc. 77] (together, the "56(d) Motion"), and (b) Plaintiffs' Motion for Reconsideration and Amended Motion for Reconsideration [Adv. Docs. 83, 85] (the "Reconsideration Motions"). The legal services Defendants required because of those filings include: exchanging emails with Plaintiffs' counsel and the Court's staff on October 14, 2026 regarding Plaintiffs' request to continue the hearing; reviewing the 56(d) Motion, which was filed at 3:28 p.m. on the day before the hearing; drafting and filing Defendants' Response [Adv. Doc. 79] that evening and the following morning; preparing for and presenting argument on the 56(d) Motion at the October 15 hearing; reviewing the order denying the 56(d) Motion [Adv. Doc. 84]; reviewing and analyzing the 27-page Motion for Reconsideration and the 29-page Amended Motion for Reconsideration and the authorities and record citations in them; and drafting Defendants' response to the Reconsideration Motions. Time spent preparing Defendants' Motion for Sanctions (the "Motion"), to which this affidavit is attached, is not included.

6. The charts below provide summaries for the Court's convenience of the essential information needed to support Defendants' requested amount of attorneys' fees. Between October 14 and October 31, 2026, the Firm spent the following time on the work described in paragraph 5:

| **Name** | **Title** | **Hourly Rate** | **Hours Included** | **Total Fees** |
|---|---|---|---|---|
| C. Jeffrey Novel | Director | $595 | 18.4 | $10,948.00 |
| Andrew D. Robertson | Director | $550 | 14.0 | $7,700.00 |

| Name | Title | Hourly Rate | Hours Included | Total Fees |
|---|---|---|---|---|
| | | | | |
| **TOTAL:** | | | **32.4** | **$18,648.00** |

| Subject | Dates | Hours Included | Total Fees |
|---|---|---|---|
| 56(d) Motion: response and hearing | October 14–15, 2026 | 14.7 | $8,287.50 |
| Reconsideration Motions | October 19–30, 2026 | 17.7 | $10,360.50 |
| **TOTAL:** | | **32.4** | **$18,648.00** |

## C. Jeffrey Novel, Director

| Dates | Hours Included | Hourly Rate | Fees Incurred | General Description of Work Performed |
|---|---|---|---|---|
| Oct. 14–15, 2026 (56(d) Motion) | 4.5 | $595 | $2,677.50 | Exchange emails with opposing counsel and the Court's staff regarding Plaintiffs' request to continue the hearing; review Motion to Continue, Amended Motion to Continue, and Declaration of Counsel; draft and revise Defendants' Response; confer with Mr. Robertson. |
| Oct. 19–30, 2026 (Reconsideration Motions) | 13.9 | $595 | $8,270.50 | Review and analyze Motion for Reconsideration and Amended Motion for Reconsideration; review order denying the 56(d) Motion; draft and revise Defendants' response to the Reconsideration Motions; confer with Mr. Robertson; correspond with client. |
| **Total** | **18.4** | | **$10,948.00** | |

## Andrew D. Robertson, Director

| Dates | Hours Included | Hourly Rate | Fees Incurred | General Description of Work Performed |
|---|---|---|---|---|
| Oct. 14–15, 2026 (56(d) Motion) | 10.2 | $550 | $5,610.00 | Review opposing counsel's correspondence and continuance filings; prepare, revise and edit Defendants' Response; review and analyze key case law and prepare for argument on the 56(d) Motion; attend hearing in Fort Worth and argue the 56(d) Motion. |
| Oct. 19–30, 2026 (Reconsideration Motions) | 3.8 | $550 | $2,090.00 | Review and analyze Motion for Reconsideration; plan response with Mr. Novel; review, revise and edit Defendants' response to the Amended Motion for Reconsideration, including supplemental research. |
| **Total** | **14.0** | | **$7,700.00** | |

7. Several of the Firm's time entries for this period record work on the matters described in paragraph 5 together with other work, principally preparation for the hearing on Defendants' Motion for Summary Judgment. For each such entry I included only the portion of the time that, based on my personal knowledge of the work performed, was spent on the matters described in paragraph 5, and I excluded the remainder. I also excluded entirely: all time spent preparing and presenting Defendants' Motion for Summary Judgment, including my travel to and attendance at the October 15, 2026 hearing; all time spent preparing the Motion and its exhibits; all time spent on the Debtors' objections to Ceasons' proofs of claim, on third-party discovery, and on other matters in this proceeding and the bankruptcy cases; and time that I judged to be duplicative. For certain other entries that relate entirely to the matters described in paragraph 5, I included less than the full time recorded in the exercise of billing judgment. Notwithstanding the exclusion of those amounts from this affidavit, Defendants reserve the right to claim those amounts in relation to their claims in the adversary proceeding. Attached as Exhibit A-1 and incorporated herein by reference is a schedule of each time entry included in the amounts above, taken from the Firm's billing records, showing for each entry the hours recorded, the hours included, and the description of the work, redacted to remove work not included in this request. Attached as Exhibit A-2 and incorporated herein by reference is a true and correct copy of the Firm's billing record for this matter for October 2026 (Prebill No. 500069), which contains the time entries listed in Exhibit A-1. Exhibit A-2 has been redacted to remove time entries and portions of time entries that are not included in this request, and to remove client address and account information. This time has been recorded in the Firm's billing system and will be invoiced to Defendants in the ordinary course.

8. The members of the Firm's legal team above performed the tasks commensurate with their skill set and level of experience, and the hours each person expended were reasonable,

necessary, and non-duplicative, as evidenced by the billing summaries above. The hourly rates charged for each member of the Firm's legal team are similarly reasonable, and they reflect each person's level of experience and expertise. Defendants have not claimed a right to recover any attorneys' fees that they did not actually incur and become liable for.

9. As of October 31, 2026, the attorneys' fees incurred by Defendants as a result of the 56(d) Motion and the Reconsideration Motions and included in this request total $18,648.00. To determine that amount, I multiplied the time it took to perform the tasks described above by the applicable hourly rate, after excluding the work described in paragraph 7. These amounts were calculated based on a lodestar of time actually spent and fees actually incurred by Defendants. In addition, between November 1, 2026 and the filing of the Motion, the Firm's attorneys have spent additional time preparing the response to the Reconsideration Motions and the Motion, and Defendants have incurred costs for the transcript of the October 15, 2026 hearing. Those fees and costs have been incurred but will not be billed until December, and they are not included in the amount above. Defendants will seek those additional fees and costs and any other fees incurred in relation to the Reconsideration Motions and the Motion as part of the recovery related to the claims they have asserted in the adversary proceeding.

10. I am familiar with the lodestar method and with the factors set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974), which courts in this Circuit consider in determining a reasonable fee, and with Rule 1.04 of the Texas Disciplinary Rules of Professional Conduct, which sets forth similar factors an attorney must consider in setting a reasonable fee. I am also familiar with the Supreme Court of Texas's interpretation of these factors and of the lodestar method, as set forth in its opinions in *Arthur Andersen & Co. v. Perry Equipment Corp.*, 945 S.W.2d 812 (Tex. 1997), *El Apple I, Ltd. v. Olivas*, 370 S.W.3d 757 (Tex.

2012), *Long v. Griffin*, 442 S.W.3d 253 (Tex. 2014) (per curiam), and *Rohrmoos Venture v. UTSW DVA Healthcare, LLP*, 578 S.W.3d 469 (Tex. 2019). Those factors include: the time and labor required; the novelty and difficulty of the questions; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; time limitations imposed by the client or the circumstances; the amount involved and the results obtained; the experience, reputation, and ability of the attorneys; the undesirability of the case; the nature and length of the professional relationship with the client; and awards in similar cases. I considered these factors when determining the reasonable and necessary attorneys' fees in connection with my work and the work of the attorneys assisting me on the matters described in paragraph 5. In particular, the 56(d) Motion was filed the afternoon before the hearing it sought to continue, so Defendants' Response had to be prepared and filed, and argument prepared, in less than one day; and the Court denied the 56(d) Motion. I am also aware that an award under the Court's inherent power is limited to the fees the opposing party would not have incurred but for the conduct at issue, *Goodyear Tire & Rubber Co. v. Haeger*, 581 U.S. 101, 108–09 (2017), and I applied that limitation in selecting the time included above. Consistent with *Rohrmoos*, this affidavit and Exhibits A-1 and A-2 identify the particular services performed, who performed them, approximately when they were performed, the reasonable amount of time required to perform them, and the reasonable hourly rate of each person who performed them.

11. Based on all of the above, it is my opinion that the attorneys' fees sought in the total amount of $18,648.00 as of October 31, 2026 are reasonable and within the range of usual and customary fees charged in the Northern District of Texas for work of this nature. The fees were

also necessarily incurred by Defendants in responding to the 56(d) Motion and the Reconsideration Motions, and Defendants would not have incurred them had those motions not been filed.

12. I am a custodian of records of the Firm for this matter and am familiar with the manner in which the Firm's billing records and correspondence files are created and maintained. The time entries reproduced in Exhibit A-1 and contained in Exhibit A-2 are records of the Firm's regularly conducted business activity. Each entry was made at or near the time of the work it describes by the attorney who performed the work, who had knowledge of it; the entries were made and are kept in the course of the Firm's regularly conducted business activity; and making and keeping them is a regular practice of that activity. Exhibit A-2 is a true and correct copy of the Firm's billing record for this matter for October 2026, and Exhibit A-1 accurately reproduces the entries included in this request, in each case with the redactions described in paragraph 7. The emails attached to the Motion as Exhibit D and attached to Defendants' Response as Exhibits A and B [Adv. Doc. 79] are true and correct copies of emails that I sent or received in the course of my representation of Defendants in this matter, on the dates and at the times they bear. The Firm keeps such emails in its files for this matter in the course of its regularly conducted business activity, and keeping them is a regular practice of that activity. See Fed. R. Evid. 803(6), 902(11).

The basis of my opinion is my personal knowledge of the legal work performed and the fees incurred by Defendants in this proceeding, my education, skill and experience as an attorney, my experience with the attorneys working on this case, and my review and analysis of the Firm's billing records in comparison with the foregoing factors.

Further, Affiant sayeth not."

______________________________
C. Jeffrey Novel

**SUBSCRIBED AND SWORN TO BEFORE ME** by C. Jeffrey Novel on this the 6th day of November 2026, to certify which witness my hand and official seal.

______________________________
Notary Public, State of Texas

[SEAL]

NOTARY PUBLIC STATE OF TEXAS
KERIC HASSAN YOUNG
Notary Public, State of Texas
Comm. Expires 01-26-2028
Notary ID 134733323

# EXHIBIT A-1

## Time entries included in the fees described in the Affidavit of C. Jeffrey Novel

*From the billing records of Kane Russell Coleman Logan PC for October 2026, Matter 75611.00002. Work not included in the fee request is redacted. "Hours recorded" is the full entry; "hours included" is the portion included in the fee request.*

### 56(d) Motion: response and hearing

| Date | Timekeeper | Description | Hours recorded | Hours included | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/26 | C. Novel | [Unrelated work redacted]; Exchange e-mails with James Moon and Court Coordinator; Exchange e-mails with John Davenport regarding status; Receive and review Motion for Continuance and Amended Motion for Continuance; Work in progress of drafting Response to Motion for Continuance. | 10.4 | 3.5 | $595 | $2,082.50 |
| 10/14/26 | A. Robertson | [Unrelated work redacted]; review and analyze email correspondence and late filings (last minute continuance request) from opposing counsel and work in progress of preparing response in opposition to same. | 3.0 | 2.5 | $550 | $1,375.00 |
| 10/15/26 | C. Novel | Review and revise response opposing motion to continue MSJ hearing; confer with Drew Robertson regarding status; [work not included redacted]. | 7.4 | 1.0 | $595 | $595.00 |
| 10/15/26 | A. Robertson | Work in progress of revising and editing response to emergency motion for continuance; review and analyze key case law and prepare for argument on Rule 56(d) Motion for Continuance; attend hearing in Fort Worth and argue Rule 56(d) motion [portion of hearing on motion for summary judgment excluded]. | 8.7 | 7.7 | $550 | $4,235.00 |
| **Subtotal** | | | | **14.7** | | **$8,287.50** |

### Reconsideration Motions

| Date | Timekeeper | Description | Hours recorded | Hours included | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/26 | C. Novel | Receive and review Motion for Reconsideration. | 0.1 | 0.1 | $595 | $59.50 |
| 10/19/26 | C. Novel | Review and analyze Motion for Reconsideration; draft e-mail to John Davenport regarding same; Work in progress of drafting response to Motion for Reconsideration. | 4.2 | 4.2 | $595 | $2,499.00 |
| 10/19/26 | A. Robertson | Review and analyze Motion to Reconsider and plan response to same with Jeff Novel. | 0.7 | 0.7 | $550 | $385.00 |
| 10/20/26 | C. Novel | Receive and review Order Denying Motion for Continuance; Draft e-mail to John Davenport forwarding same; Work in progress of drafting response to motion for reconsideration. | 1.4 | 1.4 | $595 | $833.00 |
| 10/21/26 | C. Novel | Review and analyze Motion for Reconsideration; confer with Drew Robertson regarding same; [work not included redacted]; work in progress of drafting response to motion for reconsideration and to address additional issues raised in the amended motion for reconsideration. | 2.3 | 1.3 | $595 | $773.50 |
| 10/22/26 | C. Novel | Draft and revise response to Motion for Reconsideration; [work not included redacted]. | 1.6 | 0.5 | $595 | $297.50 |

| Date | Timekeeper | Description | Hours recorded | Hours included | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/26 | C. Novel | Review and analyze amended Motion for Reconsideration; Work in progress of drafting response to same; [unrelated work redacted]. | 1.9 | 1.0 | $595 | $595.00 |
| 10/26/26 | C. Novel | Draft and revise response to amended Motion for Reconsideration; [work not included redacted]. | 3.7 | 1.9 | $595 | $1,130.50 |
| 10/27/26 | C. Novel | Draft and revise response to motion for reconsideration; [work not included redacted]; Confer with Drew Robertson regarding same; Exchange e-mails with John Davenport regarding status. | 2.2 | 1.0 | $595 | $595.00 |
| 10/28/26 | C. Novel | [Unrelated work redacted]; Draft Response to Motion for Reconsideration. | 3.3 | 2.0 | $595 | $1,190.00 |
| 10/29/26 | A. Robertson | Review draft and proposed edits to Response to Motion to Reconsider; [work not included redacted]. | 0.6 | 0.4 | $550 | $220.00 |
| 10/30/26 | C. Novel | [Work not included redacted]; review and revise Response to Motion for Reconsideration. | 2.1 | 0.5 | $595 | $297.50 |
| 10/30/26 | A. Robertson | Revise and edit draft of [Response to] Amended Motion for Reconsideration, including supplemental research. | 2.7 | 2.7 | $550 | $1,485.00 |
| **Subtotal** | | | | **17.7** | | **$10,360.50** |

| | Hours included | Amount |
|---|---|---|
| **TOTAL, October 14–31, 2026** | **32.4** | **$18,648.00** |

# EXHIBIT A-2

Billing record of Kane Russell Coleman Logan PC for October 2026
Matter 75611.00002 (Prebill No. 500069), redacted

*Redacted: time entries and portions of time entries not included in the fee request, and client address and account information.*

Develop 3 Group, LLC, et al. v. Ceasons Holdings, LLC, et al., Adv. No. 25-04157-mxm

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.
**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

| Client Address | Payor |
|---|---|
| [redacted] | Ceasons Holdings, LLC and John D. Davenport |

**Matter Prebill Comments:** [redacted]

**Financial Information for this Matter**

[redacted]

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| | |
|---|---|
| **Prebill Number:** | 500069 |
| **Billing Attorney:** | (CJN) Novel, C. Jeffrey |
| **Responsible Attorney:** | (CJN) Novel, C. Jeffrey |
| **Client:** | 75611 – Ceasons Holdings, LLC and John D. Daven |
| **Matter:** | 75611.00002 – Develop 3 Group et al. |

**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.

**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.
**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 5112884 | 10/14/26 | | (CJN) C. Novel | [redacted] Exchange e-mails with James Moon and Court Coordinator; Exchange e-mails with John Davenport regarding status; Receive and review Motion for Continuance and Amended Motion for Continuance; Work in progress of drafting Response to Motion for Continuance; | 10.40 | 595.00 | 6,188.00 | 10.40 | 595.00 | 6,188.00 |

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.
**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5110020 | 10/14/26 | | (AR2) A. Robertson | [redacted] review and analyze email correspondence and late filings (last minute continuance request) from opposing counsel and work in progress of preparing response in opposition to same. | 3.00 | 550.00 | 1,650.00 | 3.00 | 550.00 | 1,650.00 |
| [redacted] | | | | | | | | | | |
| 5112888 | 10/15/26 | | (CJN) C. Novel | Review and revise response opposing motion to continue MSJ hearing; confer with Drew Robertson regarding status; [redacted] | 7.40 | 595.00 | 4,403.00 | 7.40 | 595.00 | 4,403.00 |
| 5112667 | 10/15/26 | | (AR2) A. Robertson | Work in progress of revising and editing response to emergency motion for continuance; review and analyze key case law and prepare for argument on Rule 56(d) Motion for Continuance; attend hearing in Fort Worth and argue Rule 56(d) motion. | 8.70 | 550.00 | 4,785.00 | 8.70 | 550.00 | 4,785.00 |
| [redacted] | | | | | | | | | | |

KANE RUSSELL COLEMAN LOGAN



**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.
**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 5113506 | 10/19/26 | | (CJN) C. Novel | Receive and review Motion for Reconsideration. | 0.10 | 595.00 | 59.50 | 0.10 | 595.00 | 59.50 |
| 5113512 | 10/19/26 | | (CJN) C. Novel | Review and analyze Motion for Reconsideration; draft e-mail to John Davenport regarding same; Work in progress of drafting response to Motion for Reconsideration. | 4.20 | 595.00 | 2,499.00 | 4.20 | 595.00 | 2,499.00 |
| 5114388 | 10/19/26 | | (AR2) A. Robertson | Review and analyze Motion to Reconsider and plan response to same with Jeff Novel. | 0.70 | 550.00 | 385.00 | 0.70 | 550.00 | 385.00 |
| [redacted] | | | | | | | | | | |
| 5114653 | 10/20/26 | | (CJN) C. Novel | Receive and review Order Denying Motion for Continuance; Draft e-mail to John Davenport forwarding same; Work in progress of drafting response to motion for reconsideration. | 1.40 | 595.00 | 833.00 | 1.40 | 595.00 | 833.00 |

| | |
|---|---|
| **Prebill Number:** | 500069 |
| **Billing Attorney:** | (CJN) Novel, C. Jeffrey |
| **Responsible Attorney:** | (CJN) Novel, C. Jeffrey |
| **Client:** | 75611 – Ceasons Holdings, LLC and John D. Daven |
| **Matter:** | 75611.00002 – Develop 3 Group et al. |

KANE RUSSELL COLEMAN LOGAN



**Run Date:** 11/3/2026 4:30 PM

**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 5114659 | 10/21/26 | | (CJN) C. Novel | Review and analyze Motion for Reconsideration; confer with Drew Robertson regarding same; [redacted] work in progress of drafting response to motion for reconsideration and to address additional issues raised in the amended motion for reconsideration. | 2.30 | 595.00 | 1,368.50 | 2.30 | 595.00 | 1,368.50 |
| [redacted] | | | | | | | | | | |
| 5115121 | 10/22/26 | | (CJN) C. Novel | Draft and revise response to Motion for Reconsideration; [redacted] | 1.60 | 595.00 | 952.00 | 1.60 | 595.00 | 952.00 |

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.

**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5115850 | 10/23/26 | | (CJN) C. Novel | Review and analyze amended Motion for Reconsideration; Work in progress of drafting response to same; [redacted] | 1.90 | 595.00 | 1,130.50 | 1.90 | 595.00 | 1,130.50 |
| [redacted] | | | | | | | | | | |
| 5117548 | 10/26/26 | | (CJN) C. Novel | Draft and revise response to amended Motion for Reconsideration; [redacted] | 3.70 | 595.00 | 2,201.50 | 3.70 | 595.00 | 2,201.50 |
| 5117530 | 10/27/26 | | (CJN) C. Novel | Draft and revise response to motion for reconsideration; [redacted] Confer with Drew Robertson regarding same; Exchange e-mails with John Davenport regarding status. | 2.20 | 595.00 | 1,309.00 | 2.20 | 595.00 | 1,309.00 |
| [redacted] | | | | | | | | | | |
| 5120278 | 10/28/26 | | (CJN) C. Novel | [redacted] Draft Response to Motion for Reconsideration. | 3.30 | 595.00 | 1,963.50 | 3.30 | 595.00 | 1,963.50 |
| [redacted] | | | | | | | | | | |

**Prebill Number:** 500069
**Billing Attorney:** (CJN) Novel, C. Jeffrey
**Responsible Attorney:** (CJN) Novel, C. Jeffrey
**Client:** 75611 – Ceasons Holdings, LLC and John D. Daven
**Matter:** 75611.00002 – Develop 3 Group et al.

**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

**Time Detail**

| Index | Date | Task | Attorney Name | Description | Work Hours | Work Rate | Work Amount | Bill Hours | Bill Rate | Bill Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 5118833 | 10/29/26 | | (AR2) A. Robertson | Review draft and proposed edits to Response to Motion to Reconsider; [redacted] | 0.60 | 550.00 | 330.00 | 0.60 | 550.00 | 330.00 |
| [redacted] | | | | | | | | | | |
| 5120274 | 10/30/26 | | (CJN) C. Novel | [redacted] Review and revise Response to Motion for Reconsideration. | 2.10 | 595.00 | 1,249.50 | 2.10 | 595.00 | 1,249.50 |
| 5119509 | 10/30/26 | | (AR2) A. Robertson | Revise and edit draft of Amended Motion for Reconsideration, including supplemental research. | 2.70 | 550.00 | 1,485.00 | 2.70 | 550.00 | 1,485.00 |
| | | | | **Totals:** | [redacted] | | | | | |

**Disbursement Detail**

| Sequence | Date | Attorney Name | Description | Reference | Loc | Code | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Total Disbursements** | | | | **$0.00** | **$0.00** | **$0.00** |

KANE RUSSELL COLEMAN LOGAN

| | |
|---|---|
| **Prebill Number:** | 500069 |
| **Billing Attorney:** | (CJN) Novel, C. Jeffrey |
| **Responsible Attorney:** | (CJN) Novel, C. Jeffrey |
| **Client:** | 75611 – Ceasons Holdings, LLC and John D. Daven |
| **Matter:** | 75611.00002 – Develop 3 Group et al. |



**Run Date:** 11/3/2026 4:30 PM
**Bill Through Date:** 10/31/26

## Attorney Summary

| Attorney | Attorney Name | Hours Worked | Standard Rate | Standard Value | Billed Rate | Billed Value |
|---|---|---|---|---|---|---|

[redacted]

## Trust Account Summary

KANE RUSSELL COLEMAN LOGAN



| | | | |
|---|---|---|---|
| **Prebill Number:** | 500069 | | |
| **Billing Attorney:** | (CJN) Novel, C. Jeffrey | | |
| **Responsible Attorney:** | (CJN) Novel, C. Jeffrey | | |
| **Client:** | 75611 – Ceasons Holdings, LLC and John D. Daven | **Run Date:** | 11/3/2026 4:30 PM |
| **Matter:** | 75611.00002 – Develop 3 Group et al. | **Bill Through Date:** | 10/31/26 |

| **Account:** | **Amount** |
|---|---|
| Balance from Previous Statement | $0.00 |
| Less Disbursements | 0.00 |
| Adjustments and Transfers | 0.00 |
| Trust Reserved | 0.00 |
| **Current Balance:** | **$0.00** |

**Matter Outstanding Invoice Detail as of: 11/03/26**

| Invoice | Date | Original Amount | Payments/Credits | Amount Due |
|---|---|---|---|---|
| | **TOTALS** | **$0.00** | **$0.00** | **$0.00** |

[redacted]