# EXHIBIT D

Email from James P. Moon to C. Jeffrey Novel, June 25, 2026, 10:58 a.m.
(cancelling the June 29–30 depositions; native printout, four pages)
*Develop 3 Group, LLC, et al. v. Ceasons Holdings, LLC, et al., Adv. No. 25-04157-mxm*

# Jeff Novel

| | |
|---|---|
| **From:** | JAMES P. MOON <jpmpllc@gmail.com> |
| **Sent:** | Thursday, June 25, 2026 10:58 AM |
| **To:** | Jeff Novel |
| **Cc:** | Jamie Wilson; Joyce W. Lindauer |
| **Subject:** | Re: Adv. Proceeding No. 25-04157; Develop 3 Group, LLC, et al. v. Ceasons Holdings, LLC, et al. - Ceasons Holdings, LLC and Davenport discovery response |

Jeff:

I wanted to touch base with you on a couple of issues. After having reviewed your responses and objections to the request for production and other discovery, along with the 22,000 plus pages of documents that were produced, I do not believe there is any way that I am ready to proceed forward with the depositions on Monday or Tuesday with so many of the documents that have been produced. In addition, the documents that you have objected to producing are critical, and we believe are not only relevant, but are demonstrative of your clients' conduct, in relation to my clients' claims for breach on contract, fraud in the inducement, and usury against your clients.

Based on my review thus far and the objections that have been filed, I intend to file a motion to compel either late today or sometime tomorrow to have the court rule on your objections and require a production of the remaining documents that we have requested.

As such, unless you are willing to enter into a rule 11 agreement that you will produce the Davenport's and a corporate representative of Ceasons again after the Court rules on my motion to compel, I see no reason to waste our time with the depositions on Monday and Tuesday.

In addition, I am Checking with the Bankruptcy Court Clerk, but I'm not sure how quick the Court can get my motion to compel set on his docket. With that uncertainty, along with the upcoming Fourth of July weekend holiday, it is going to make it nearly impossible for us to be ready to proceed with the hearing on July 14 as well.

As such, as part of filing my motion to compel, I wanted to inquire as to whether you would look back over your objections in responses, and let me know: (a) if there are any additional documents that you are willing to produce from those categories that you objected to, particularly the financial and investor information from seasons sources of funds that uses for loans and a backup copy of its QuickBooks file or other ESI accounting tools with transactions back to 2018 and/ loan tracking tools and (b) how quickly those additional documents could be produced.

As I previously indicated, I'm willing to do a protective order regarding Ceasons' Investor information and private financial information, that would include requirements for requests to the court to utilize certain of that information in hearings or the trial of these matters.

I would therefore appreciate it if you would visit with your clients and let me know if you can enter into these agreements.

James Moon
Sent from my iPhone

James P. Moon

Law Offices of James P. Moon, P.C.

Physical Office: Mailing Address: 101Vintage Dr, Suite 100 P.O. Box 2206 Red Oak, Texas 75154 Red Oak, Texas 75154

Telephone: 469-820-9509

Telefax: 800-930-7112 Mobile: 469-831-3004

**CONFIDENTIALITY, TAX DISCLOSURE AND SIGNATURE NOTICE**:

This email message and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please notify the sender, by email or telephone, of any unintended recipients and delete the original message without making any copies. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited.

Nothing in this communication is intended to constitute an electronic signature, unless a specific statement to the contrary or a valid Digital Signature Certificate is included in this communication.

Nothing contained in this email was intended or written to be used, or can be used by any taxpayer for the purpose of avoiding penalties that may be imposed on such taxpayer under the Internal Revenue Code of 1986, as amended. No one, without the sender's express prior written permission, may use any part of this email relating to any Federal or State tax matter in promoting, marketing or recommending a partnership or other entity,

On Thu, Jun 18, 2026 at 5:04 PM Connie Nims <cnims@krcl.com> wrote:

> Good afternoon,
>
> Below is a link to the following discovery responses being served in the above-cited matter:
>
> - Defendants' Objections and Responses to Plaintiffs' Second Requests for Production of Documents and Other Tangible Things
> - Document production bates labeled CEASONS_01668-CEASONS_25925
>
> The link will expire on 6/25/2026.

Regards,
Connie Nims
Paralegal to Jeff Novel and Jamie Wilson
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202
(214) 777-0036
cnims@krcl.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

---

**Secure Message Info**

| | |
|---|---|
| Message ID | HUpMHyQEbBYVpB36MHTcXN |
| Message Expires | Thursday, 25 June |
| Message URL | https://filetransfer.krcl.com/message/HUpMHyQEbBYVpB36MHTcXN |
| Permission | Specified recipients and users from the recipients domains can access the files attached to this message if you forward this email. |

**Files attached to this message**

| **Filename** | **Size** |
|---|---|
| Ceasons Holdings LLC and Davenport Document Production 6-18-2026.zip | 2.39 GB |

| | |
|---|---|
| 2026.06.18 Defendant's Objections and Responses to Plaintiffs' Seco(12039693.3).pdf | 116 KB |

Download Files

Reply to this Secure Message

You will need to authenticate to view this Secure Message. If you don't have an account on filetransfer.krcl.com, you can still click on the download link and you will be prompted to validate your email.

---

If you need assistance accessing or using this system, please contact support at KRCL_LiquidFiles@krcl.com.

**KRCL File Transfer — Secure File Transfer System: https://filetransfer.krcl.com**